PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Pastore                                   Cr.: 01-CR-00434-002

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 06/24/03

Original Offense: Extortion

Original Sentence: Thirty-nine(39) months custody; Three(3) years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/22/06

Assistant U.S. Attorney: Aiden O'Connor             Defense Attorney: Paul Lemole

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender submitted a false monthly supervision report for the month of September 2006, to Eastern District of New York Sr. U.S. Probation Officer Robert Anton, by answering "no" to the following question on side two, Part E of the document, "were you questioned by any law enforcement officers," when in fact he had contact with the New York City Police on September 13, 2006, as evidenced by his receipt of a motor vehicle summons for driving without a seatbelt. He was subsequently convicted of the infraction on October 23, 2006, and was ordered to pay a $50 fine. |
| 2. | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | Since being released from custody on May 22, 2006, the offender has failed to obtain and provide proof of gainful employment to Eastern District of New York Sr. U.S. Probation Officer Robert Anton. |

3.  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

    According to information obtained by Eastern District of New York Sr. U.S. Probation Officer Robert Anton, the offender associated with convicted felons Tony Defina, and Salvatore Maniscalco during a violent melee at the Legacy's nightclub in Brooklyn, New York, on November 23, 2006.

4.  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    The offender failed to notify Eastern District of New York Sr. U.S. Probation Officer Robert Anton within seventy-two(72) hours of his contact with the New York City Police on September 13, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 12/01/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/5/06
Date